United States District Court
Eastern District of Michigan
Southern Division

UNITED STATES OF AMERICA,　　　　　　　　　　Hon. Mark A. Goldsmith

　　　　　　Plaintiff,　　　　　　　　　　　　　　　Case No. 23-cr-20062

v.

D-2 JALAL JAMIL a/k/a
"JOHNNY,"
D-4 DELAINE JACKSON,
D-5 IBRAHIM SAMMOUR, and
D-6 MARY SMELTER-BOLTON,

　　　　　　Defendants.

---

## VOIR DIRE QUESTIONS OF
## DEFENSE COUNSEL

The Defendant in this case is an African American woman who owns a business. Do any of you believe that a woman should not own their own business?

Do any of you have a problem with fairly and objectively listening to an African-American Business Woman to determine her truthfulness?

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Elliott S. Hall
　　　　　　　　　　　　　　　　　　Elliott S. Hall (P14546)
　　　　　　　　　　　　　　　　　　Elliott Hall PLLC
　　　　　　　　　　　　　　　　　　344 N. Old Woodward Ave., Ste. 200
　　　　　　　　　　　　　　　　　　Birmingham, MI 48009-5310
　　　　　　　　　　　　　　　　　　email: elliotthall19@yahoo.com
Dated: November 12, 2024　　　　　　*Counsel for Mary Smelter-Bolton*

**CERTIFICATE OF SERVICE**
I hereby certify that on November 12, 2024, I electronically served a copy of the foregoing Defendant Smelter-Bolton's Voir Dire Questions of Defense Counsel on all counsel in this matter registered with the electronic filing system.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　/s/ Elliott S. Hall
　　　　　　　　　　　　　　　　　　Elliott S. Hall (P14546)
　　　　　　　　　　　　　　　　　　344 N. Old Woodward Ave., Suite 200
　　　　　　　　　　　　　　　　　　Birmingham, MI 48009
　　　　　　　　　　　　　　　　　　Phone: (248) 864-4000