UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                            Case No.23-20062-6

MARY SMELTER BOLTON,               HONORABLE MARK A. GOLDSMITH

    Defendant.

_____/

ORDER FOR LUNCHEON FOR JURORS

IT IS ORDERED that the twelve (12) deliberating jurors in the above case, be furnished their luncheon at the expense of the United States.

                                        s/Mark A. Goldsmith
                                        Mark A. Goldsmith
                                        United States District Court Judge

Dated: November 22, 2024